# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:11-cv-08150-JHN -MRWx | Date | November 4, 2011 |
|---|---|---|---|
| Title | Avi Sarfati v. HTC America Inc et al | | |

| Present: The Honorable | Jacqueline H. Nguyen, United States District Judge | |
|---|---|---|
| Chris Silva | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, **ORDERS** that counsel for plaintiff show cause in writing on or before **Friday, November 18, 2011**, why Defendant HTC Corporation should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause:

> **Defendant HTC Corporation's answer to complaint *or* request for entry of default  after proof of service as to Defendant HTC Corporation.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of counsel's response.  Failure to respond to the Court's order may result in the dismissal of Defendant HTC Corporation from this action.

|   | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CSI |